IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 10-cv-01234-LTB-MJW

LEANNE R. DALTON,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC., a New York corporation;
BANK OF AMERICA, NATIONAL ASSOCIATION, a National Banking Association, f/k/a COUNTRYWIDE BANK, FSB; and
BAC HOME LOANS SERVICING, LLP, a Texas Limited Partnership,

    Defendants.
_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (Doc 50 - filed November 22, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                LEWIS T. BABCOCK, JUDGE

DATED: November 25, 2013